HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
E-Mail: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com

Attorneys for Debtors, BOGHOS KRIKORIAN and HELEN KRIKORIAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re: | Case No. 13-13924-A-7 |
|---|---|
| BOGHOS KRIKORIAN and HELEN KRIKORIAN, | Chapter 7 |
| | DC No. LDM-1 |
| Debtors. | Date: October 2, 2013<br>Time: 9:00 AM<br>Place: United States Bankruptcy Court<br>2500 Tulare Street<br>Courtroom 11, Department A<br>Judge: Honorable Fredrick E. Clement |

**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF
RESPONSE TO OBJECTION TO CLAIMS OF EXEMPTION**

BOGHOS KRIKORIAN and HELEN KRIKORIAN, hereby request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents in support of their *Response to Objection to Claims of Exemption*:

1. Chapter 7 Trustee's Report of No Distribution, entered August 12, 2013.

2. Notice of Filing Report of No Distribution, entered August 13, 2013.

3. Docket for Bankruptcy Case No. 13-13924-A-7.

/ / /

/ / /

/ / /

Dated: September __17__, 2013

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
HAGOP T. BEDOYAN
CHRISTIAN D. JINKERSON
Attorneys for Debtors, BOGHOS KRIKORIAN
and HELEN KRIKORIAN