HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com

Attorneys for Debtors, BOGHOS KRIKORIAN and HELEN KRIKORIAN

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

BOGHOS KRIKORIAN and HELEN KRIKORIAN,

        Debtors.

Case No. 13-13924-A-7

Chapter 7

DC No.  LDM-1

Date:  October 2, 2013
Time:  9:00 AM
Place: United States Bankruptcy Court
       2500 Tulare Street
       Courtroom 11, Department A
Judge: Honorable Fredrick E. Clement

## DECLARATION OF HELEN KRIKORIAN IN SUPPORT OF RESPONSE TO OBJECTION TO CLAIMS OF EXEMPTION

I, HELEN KRIKORIAN, declare:

1. I am the Joint Debtor in the above-entitled action. I am over the age of eighteen years. I have personal knowledge of the information set forth herein and base the statements made in this declaration on the information available to me and my belief.

2. I am submitting this declaration in support of the response to objection to claims of exemptions filed by Betty Egan.

3. On June 3, 2013, my husband BOGHOS KRIKORIAN, and I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. We filed our bankruptcy petition pro se.

Case 13-13924    Filed 09/18/13    Doc 29

4.   The Chapter 7 Trustee held the meeting of creditors on July 12, 2013. At the meeting of creditors, the Chapter 7 Trustee asked us about our assets. To better determine our assets, the meeting of creditors was continued to August 6, 2013, for my husband and I to provide current life insurance policy statements and Kelley Blue Book values on our vehicles.

5.   The Chapter 7 Trustee held the continued meeting of creditors on August 6, 2013. The Chapter 7 Trustee determined that our assets did not have any value for the estate and that our automobiles were worth less than the amounts stated in the schedules. The Chapter 7 Trustee concluded the meeting of creditors on August 6, 2013.

6.   On August 12, 2013, the Chapter 7 Trustee filed her Report of No Distribution.

7.   No timely objection was filed to the Trustee's Report of No Distribution.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17 day of September 2013, at Fresno, California.



_____
HELEN KRIKORIAN