HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com

Attorneys for Debtors, BOGHOS KRIKORIAN and HELEN KRIKORIAN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>BOGHOS KRIKORIAN and HELEN KRIKORIAN,<br><br>       Debtors. | Case No. 13-13924-A-7<br><br>Chapter 7<br><br>DC No. LDM-1<br><br>Date:   October 2, 2013<br>Time:   9:00 AM<br>Place:  United States Bankruptcy Court<br>        2500 Tulare Street<br>        Courtroom 11, Department A<br>Judge:  Honorable Fredrick E. Clement |

**DECLARATION OF BOGHOS KRIKORIAN IN SUPPORT OF
RESPONSE TO OBJECTION TO CLAIMS OF EXEMPTION**

I, BOGHOS KRIKORIAN, declare:

1. I am the Debtor in the above-entitled action. I am over the age of eighteen years. I have personal knowledge of the information set forth herein and base the statements made in this declaration on the information available to me and my belief.

2. I am submitting this declaration in support of the response to objection to claims of exemptions filed by Betty Egan.

3. On June 3, 2013, my wife HELEN KRIKORIAN, and I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. We filed our bankruptcy petition pro se.

4. The Chapter 7 Trustee held the meeting of creditors on July 12, 2013. At the meeting of creditors, the Chapter 7 Trustee asked us about our assets. To better determine our assets, the meeting of creditors was continued to August 6, 2013, for my wife and I to provide current life insurance policy statements and Kelley Blue Book values on our vehicles.

5. The Chapter 7 Trustee held the continued meeting of creditors on August 6, 2013. The Chapter 7 Trustee determined that our assets did not have any value for the estate and that our automobiles were worth less than the amounts stated in the schedules. The Chapter 7 Trustee concluded the meeting of creditors on August 6, 2013.

6. On August 12, 2013, the Chapter 7 Trustee filed her Report of No Distribution.

7. No timely objection was filed to the Trustee's Report of No Distribution.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17 day of September 2013, at Fresno, California.

BOGHOS KRIKORIAN