| | |
|---|---|
| 1 | LAWRENCE D. MILLER |
| | Attorney At Law |
| 2 | 1200 Sixth Avenue, Suite 300 |
| | Belmont, CA 94002 |
| 3 | |
| | Telephone: (650) 592-9151 |
| 4 | |
| | Attorney for Creditor Betty Egan |
| 5 | |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

    Boghos Krikorian, Helen Krikorian,

    Debtor,

Chapter 7
Case No. 13-13924-A-7
DC No. LDM-1

STIPULATION RE AUTHENTICATION OF JUDGMENT, ORDER OF EXAMINATION AND PROOF OF SERVICE THEREON

Date: October 2, 2013
Time: 9:00 a.m.
Place: Courtroom 11, Fifth Floor
Judge: Hon. Frederick E. Clement
Bankruptcy Court: 2500 Tulare Street, Fresno, CA

    IT IS HEREBY STIPULATED by and between the parties hereto, through the respective counsel, that the following described documents are true and correct copies of the documents entered in the case of *Betty Egan, Plaintiff, v. Boghos Krikorian, et al., Defendants,* in the San Mateo Superior Court bearing Case No. CIV 503485;

    1.    Supplemental Judgment filed July 27, 2012, a copy of which is marked Exhibit A;

    2.    Application and Order for Appearance and Examination of judgment debtor Boghos Krikorian filed July 26, 2012, a copy of which is marked Exhibit B attached hereto; and

/ / /

/ / /

/ / /

-1-

STIPULATION RE AUTHENTICATION OF JUDGMENT, ORDER OF EXAMINATION, ETC. [10208]

-2-

3. Proof of Personal Service-Civil filed August 13, 2012, a copy of which is marked Exhibit C attached hereto.

Dated: September 30, 2013                    /s/ Lawrence D. Miller
                                             LAWRENCE D. MILLER
                                             Attorney for Creditor Betty Egan


Dated: September 30, 2013                    KLEIN, DENATALE, GOLDNER,
                                             COOPER, ROSENLIEF & KIMBALL,
                                             LLP

                                             /s/ Christian D. Jinkerson
                                             By: CHRISTIAN D. JINKERSON
                                             Attorney for Debtors

Case 13-13924    Filed 09/30/13    Doc 35

Exhibit 1

Ex

> West's Annotated California Codes
> > Code of Civil Procedure
> > > Part 2. Of Civil Actions
> > > > Title 9. Enforcement of Judgments
> > > > > Division 2. Enforcement of Money Judgments
> > > > > > Chapter 4. Exemptions

<div style="text-align:center">West's Ann.Cal.C.C.P. Pt. 2, T. 9, D. 2, Ch. 4, Refs & Annos</div>

<div style="text-align:center">Currentness</div>

**Editors' Notes**

**GENERAL NOTES**

**2009 Main Volume**

&lt;Chapter 4 was added by Stats.1982, c. 1364, p. 5146, § 2, operative July 1, 1983.&gt;

**OFFICIAL FORMS**

<div style="text-align:center">CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS</div>

<div style="text-align:center">Code of Civil Procedure sections 703.140(b) and 704.010 et seq.</div>

..........................................................................................................................................................................................................

<div style="text-align:center">EXEMPTIONS UNDER SECTION 703.140(b)</div>

..........................................................................................................................................................................................................

The following lists the current dollar amounts of exemptions from enforcement of judgment under Code of Civil Procedure section 703.140(b).

..........................................................................................................................................................................................................

These amounts are effective April 1, 2013. Unless otherwise provided by statute after that date, they will be adjusted at each three-year interval, ending on March 31. The amount of the adjustment to the prior amounts is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(d).)

..........................................................................................................................................................................................................

| Code Civ. Proc., § 703.140(b) | Type of Property | Amount of Exemption |
|---|---|---|
| (1) | The debtor's aggregate interest in real property or personal property that the debtor or a dependent of the debtor uses as a residence, in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence, or in a burial plot for the debtor or a dependent of the debtor | $25,075 |
| (2) | The debtor's interest in one motor vehicle | $ 5,100 |
| (3) | The debtor's interest in household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments, that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor (value is of any particular item) | $ 650 |
| (4) | The debtor's aggregate interest in jewelry held primarily for the personal, family, or household use of the debtor or a dependent of the debtor | $ 1,525 |
| (5) | The debtor's aggregate interest, plus any unused amount of the exemption provided under paragraph (1), in any property | $ 1,350 |
| (6) | The debtor's aggregate interest in any implements, professional books, or tools of the trade of the debtor or the trade of a dependent of the debtor | $ 7,575 |
| (8) | The debtor's aggregate interest in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the debtor under which the insured is the debtor or an individual of whom the debtor is a dependent | $13,675 |
| (11)(D) | The debtor's right to receive, or property traceable to, a payment on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent | $25,575 |

EXEMPTIONS UNDER SECTION 704.010 et seq.

The following lists the current dollar amounts of exemptions from enforcement of judgment under title 9, division 2, chapter 4, article 3 (commencing with section 704.010) of the Code of Civil Procedure.

These amounts are effective April 1, 2013. Unless otherwise provided by statute after that date, they will be adjusted at each three-year interval, ending on March 31. The amount of the adjustment to the prior amounts is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(d).)

| **Code Civ. Proc. Section** | **Type of Property** | **Amount of Exemption** |
|---|---|---|
| 704.010 | Motor vehicle (any combination of aggregate equity, proceeds of execution sale, and proceeds of insurance or other indemnification for loss, damage, or destruction) | $ 2,900 |
| 704.030 | Material to be applied to repair or maintenance of residence | $ 3,050 |
| 704.040 | Jewelry, heirlooms, art | $ 7,625 |
| 704.060 | Personal property used in debtor's or debtor's spouse's trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $4,850) | $ 7,625 |
| 704.060 | Personal property used in debtor's and spouse's common trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $9,700) | $15,250 |
| 704.080 | Deposit account with direct payment of social security or public benefits (exemption without claim, section | |

|         |                                                                               |           |
|---------|-------------------------------------------------------------------------------|-----------|
|         | 704.080(b))[1]                                                                |           |
|         | · Public benefits, one depositor is designated payee                          | $ 1,525   |
|         | · Social security benefits, one depositor is designated payee                 | $ 3,050   |
|         | · Public benefits, two or more depositors are designated payees[2]            | $ 2,275   |
|         | · Social security benefits, two or more depositors are designated payees[2]   | $ 4,575   |
| 704.090 | Inmate trust account                                                          | $ 1,525   |
|         | Inmate trust account (restitution fine or order)                              | $ 300[3]  |
| 704.100 | Aggregate loan value of unmatured life insurance policies                     | $12,225   |

Footnotes

[1] The amount of a deposit account that exceeds exemption amounts is also exempt to the extent it consists of payments of public benefits or social security benefits. (Code Civ. Proc., § 704.080(c).)

[2] If only one joint payee is a beneficiary of the payment, the exemption is in the amount available to a single designated payee. (Code Civ. Proc., § 704.080(b)(3) and (4).)

[3] This amount is not subject to adjustments under Code Civ. Proc., § 703.150.

West's Ann. Cal. C.C.P. Pt. 2, T. 9, D. 2, Ch. 4, Refs & Annos, CA CIV PRO Pt. 2, T. 9, D. 2, Ch. 4, Refs & Annos
Current with urgency legislation through Ch. 323 of 2013 Reg.Sess. and all 2013-2014 1st Ex.Sess. laws

**End of Document**                                    © 2013 Thomson Reuters. No claim to original U.S. Government Works.