# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Boghos Krikorian and Helen Krikorian | **Case No :** | 13−13924 − A − 7 |
| | | **Date :** | 11/6/13 |
| | | **Time :** | 09:00 |
| **Matter :** | [20] − Objection to Debtor's Claim of Exemptions [LDM−1] Filed by Creditor Betty Egan (morf) | | |
| **Judge :** | Fredrick E. Clement | | |
| **Courtroom Deputy :** | Rosalia Estrada | | |
| **Reporter :** | Wood and Randall | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Lawrence D. Miller
**Respondent(s) :**
Debtor(s) Attorney − Christian Jinkerson

## CIVIL MINUTE ORDER

At the request of the moving party,

IT IS ORDERED that the objection to debtor's claim of exemptions is continued to December 3, 2013 at 9:00 a.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

Dated: Nov 12, 2013

Fredrick E. Clement
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Christian Jinkerson
5260 N. Palm Ave., Ste 201
Fresno, CA 93704

Lawrence D. Miller
1200 6th Ave #300
Belmont, CA 94002